UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 19-2795 (RBW) |

### DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant respectfully moves the Court, pursuant to Fed. R. Civ. P. 12(B)(6), to dismiss all claims raised in Plaintiff's Amended Complaint ("Amend. Cmplt."), or in the alternative, to grant summary judgment for Defendant pursuant to Fed. R. Civ. P. 56. In support of this motion, Defendant respectfully asks that the Court refer to the accompanying Statement of Material Facts, Memorandum of Law in Support, and the Declaration of C. Treadway ("Treadway Decl."), Paralegal Specialist, for the Bureau of Prisons, North Central Regional Office (NCRO) U.S. Department of Justice, with attached exhibits.

Plaintiff Benjamin Brown ("Brown") filed this action against the Federal Bureau of Prisons ("BOP") alleging violations of his First Amendment rights and the Freedom of Information Act ("FOIA"). Specifically, Brown contends in his Amended Complaint (*see* ECF No.24) that the BOP has unlawfully obstructed his communication with Martin Gottesfeld, a federal inmate currently incarcerated in the BOP. *See* Amend. Cmplt. ¶¶ 1-4, 6. In addition, Brown alleges the BOP failed to fully respond to his March 12, 2019, FOIA request seeking documents related to inmate Gottesfeld's incarceration. *Id*. ¶ 5.

Defendant seeks dismissal, or in the alternative, summary judgment, on all claims raised in Plaintiff's Amended Complaint.  First, Defendant seeks dismissal of Brown's claims concerning the alleged violations of his First Amendment rights because he has failed to state a claim upon which relief may be granted.  Defendant also seeks dismissal of Brown's FOIA claim, because the BOP has conducted an adequate search, released all documents to Brown that could properly be released under FOIA, and properly withheld documents or information under the applicable FOIA exemptions.

Dated: May 22, 2020
Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, DC Bar # 924092
Chief, Civil Division


/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: 202.252.7123
Fax: 202.252.2599
Email: patricia.mcbride@usdoj.gov

*Attorneys for Defendant*