UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 19-2795 (RBW) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On September 18, 2019, the pro se plaintiff, Benjamin Brown, initiated this civil action against the defendant, the Federal Bureau of Prisons, alleging constitutional and statutory violations under the First Amendment to the United States Constitution and the Freedom of Information Act, based on the defendant's purported refusal to "permit [the] [p]laintiff to communicate with his relative[, Martin S. Gottesfeld (the "proposed intervenor"),] at all" or "permit . . . [the proposed intervenor] to communicate with anyone outside of the prison system other than his lawyer and the [f]ederal courts." Complaint ¶ 1; see id. ¶ 7. Subsequently, the proposed intervenor filed a motion to intervene, which is currently pending before the Court, see Motion to Intervene (Fed. R. Civ. P. 24(a)(2)) at 1, and the plaintiff amended his Complaint, see First Amended Complaint at 1. And, on May 22, 2020, while the resolution of the motion to intervene was pending, the defendant filed its motion to dismiss, or in the alternative, for summary judgment. See Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment at 1. If the Court concludes that the proposed intervenor is entitled to intervene in this matter, then the Court must give him an opportunity to respond to the defendant's motion to dismiss, or in the alternative, for summary judgment. However, the Court has not yet resolved

the motion to intervene because it is not yet ripe for review.  <u>See</u> Min. Order (Apr. 30, 2020) (ordering the proposed intervenor to file his reply in support of his motion to intervene on or before June 15, 2020).  Accordingly, it is hereby

**ORDERED** that all deadlines regarding oppositions and replies to the pending motion to dismiss, or in the alternative, for summary judgment are **VACATED** pending further order of the Court.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail copies of this Order to the plaintiff's and the proposed intervenor's addresses on record.

**SO ORDERED** this 28th day of May, 2020.

REGGIE B. WALTON<br>United States District Judge