UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Benjamin Brown, pro se,
Plaintiff,

v.

Federal Bureau of Prisons,
Defendants

Case No.: 19-cv-02795 (RBW)

[PROPOSED] ORDER

Upon consideration of the proposed intervenor's Motion FOR AN EXTENSION OF TIME, and for good cause shown, it is hereby ORDERED that the motion (D.E. ___) IS GRANTED. It is further ORDERED that, on or before July 13, 2020, the proposed intervenor shall file a reply, if any, in support of his motions to intervene and file an opposition, if any, to the defendants' motion to dismiss (D.E. 27). It is further ORDERED that the Clerk of the Court shall forthwith mail a copy of this ORDER to the plaintiff's and the proposed intervenor's addresses on record.

_____          _____
[U.S. District Judge]                      [Date]

- Page 1 of 1 -