UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-2795 (RBW) |

## ORDER

Upon consideration of the proposed intervenor's Motion for an Extension of Time, it is hereby

**ORDERED** that the proposed intervenor's Motion for an Extension of Time, ECF No. 29, is **GRANTED IN PART AND DENIED AS MOOT IN PART**. The motion is **GRANTED** to the extent that it seeks an extension of time for the plaintiff to file his reply in support of his motion to intervene. The motion is **DENIED AS MOOT** in all other respects.[1] It is further

**ORDERED** that, on or before July 13, 2020, the proposed intervenor shall file a reply, if any, in support of his motion to intervene. It is further

**ORDERED** that the status conference currently scheduled for October 5, 2020, is **CONTINUED** to November 2, 2020, at 11:00 a.m.[2] It is further

---

[1] The motion is denied as moot to the extent that it seeks an "extension[] of time [for the proposed intervenor] . . . to oppose or otherwise [ ] respond to the defendant's motion to dismiss[,]" Motion for an Extension of Time at 1, because the Court previously "ordered that all deadlines regarding oppositions and replies to the pending motion to dismiss, or in the alternative, for summary judgment, are vacated pending further order of the Court[,]" Order at 2 (May 28, 2020), ECF No. 28 (capitalization removed).

[2] Because the proposed intervenor is incarcerated, the Court will permit him to appear at the status conference telephonically.

2

**ORDERED** that the Clerk of the Court shall forthwith mail copies of this Order to the plaintiff's and the proposed intervenor's addresses on record.

**SO ORDERED** this 19th day of June, 2020.

REGGIE B. WALTON
United States District Judge
