UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BENJAMIN BROWN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-2795 (RBW) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the proposed intervenor's Motion for an Extension of Time, it is hereby

**ORDERED** that the proposed intervenor's Motion for an Extension of Time, ECF No. 32, is **GRANTED.** It is further

**ORDERED** that, on or before August 10, 2020, the proposed intervenor shall file a reply, if any, in support of his motion to intervene.[1]  It is further

**ORDERED** that the status conference currently scheduled for November 2, 2020, is **CONTINUED** to December 21, 2020, at 11:00 a.m.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail copies of this Order to the plaintiff's and the proposed intervenor's addresses on record.

**SO ORDERED** this 28th day of July, 2020.

REGGIE B. WALTON
United States District Judge

---

[1] The Court cautions the proposed intervenor that, absent extraordinary circumstances, the Court will not grant any additional requests by the proposed intervenor to extend this deadline any further.