UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMIN BROWN,
pro se, Plaintiff,

v.

FEDERAL BUREAU OF
PRISONS,
Defendant.

Case No. 19-cv-02795 (RBW)

RECEIVED
Mail Room
AUG 10 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## MOTION FOR AN EXTENSION OF TIME

Proposed-intervenor and Claimant Martin S. Gottesfeld (herein the "claimant"), acting pro se, hereby moves The Honorable Court for an extension of time until Tuesday, September 8th, 2020 — or whatever date thereafter The Court deems prudent — in which for him to reply to the defendant's opposition (docket entry (D.E.) 25; April 16th, 2020) to his motions to intervene (D.E. 6 and D.E. 6-1; entered November 4th, 2019).

In support of this motion the claimant herewith provides and respectfully directs The Court's attention to Exhibit 1 hereto, Declaration of Martin S. Gottesfeld, (Monday, August 3rd, 2020).

Should The Court be left with any questions, the claimant requests a brief telephonic hearing and that it order the defendant to produce the claimant for such

hearing,

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid First Class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4290 6094 73, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the defendant on Monday, August 3rd, 2020, or the first opportunity thereafter,

by: /s/ 

Martin S. Gottesfeld, pro se
Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify that I mailed copies of the foregoing document to the plaintiff and counsel for the defendant in the above-captioned case in envelopes bearing sufficient affixed pre-paid First Class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of The United States and of the defendant's counsel on Monday, August 3rd, 2020, or the first opportunity thereafter,

by: /s/ MSG
Martin S. Gottesfeld, pro se