United States District Court
For The District of Columbia

| |
|---|
| BENJAMIN BROWN, Plaintiff, v. FEDERAL BUREAU OF PRISONS, Defendant. |

Civil Action No. 19-2795 (RBW)

## ORDER

Upon consideration of the proposed intervenor's foregoing Motion For An Extension of Time, it is hereby

ORDERED that the proposed intervenor's foregoing Motion For An Extension of Time is GRANTED. It is further ~~ORDERED~~

ORDERED that, on or before _____, the proposed intervenor shall file a reply, if any, in support of his motion to intervene. It is further

ORDERED that the Clerk of the Court shall forthwith mail copies of this order to the plaintiff's and proposed intervenor's addresses on record.

SO ORDERED this \_\_\_\_ day of _____, 2020.

_____
REGGIE B. WALTON
United States District Judge

5 of 5
5 of 9