## Declaration of Martin S. Gottesfeld:

I declare as follows pursuant to 28 U.S.C. § 1746(1):

1. I am Martin S. Gottesfeld, the proposed intervenor in the case Brown v. Federal Bureau of Prisons, 19-cv-02795-RBW (herein "the case"), pending before The Honorable U.S. District Court for the District of Columbia (herein "The Court").

2. On Thursday, July 2nd, 2020, acting in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), I filed a MOTION FOR AN EXTENSION OF TIME ~~pending~~ until Monday, August 10th, 2020, in which to reply to the defendant's opposition to my motions to intervene.

3. The envelope bearing to The Court my July 2nd, 2020, MOTION FOR AN EXTENSION OF TIME also bore U.S. Postal Service tracking number 9114 9023 0722 4792 9874 68 and other filings. (Please cf. ~~[crossed out]~~ Attachment A hereto.)

4. I never received confirmation of the entry of my July 2nd, 2020, filings.

5. My status during the defendant's nationwide coronavirus lockdown remains materially unchanged since my Monday, April 20th, 2020, MOTION FOR AN EXTENSION OF TIME (docket entry (D.E.) 26), e.g. I remain subject to unpredictable and indefinite total lockdowns and

otherwise deprived of adequate law-library access to compose robust legal documents. Id. Exhibit 1 ¶¶ 6-9. Please cf. also MINUTE ORDER 4:21 P.M., April 30, 2020.

6. The defendant may be re-evaluating the ongoing lockdown, as I understand has become customary at the beginning of each month, but, regardless, the defendant as yet has provided me no additional insight.

7. I requested an extension of time until at the earliest Monday, August 24th, 2020, to file an amended reply in Gottesfeld v. Lammer, 2:20-cv-00012-JRS-MJD (S.D. Ind.).

8. If the lockdown ends on or around the deadline I previously requested in the instant case, Monday, August 10th, 2020, then I anticipate the composition of my amended reply in Gottesfeld v. Lammer would require all of my law-library time up through Monday, August 24th, 2020, and that the earliest I could expect to file my reply in the instant case, pursuant to the aforementioned prison-mailbox rule, would be Tuesday, September 8th, 2020.

9. Should The Court grant me until September 8th, 2020, to file my reply and the lockdown last until after August 24th, 2020, then I would file for a further extension in the instant case.

10. I wish to fill neither the instant docket nor The Court's time with monotonous motions for extensions; so, I would understand if The Court set

a deadline after Tuesday, September 8th, 2020.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of The United States. Executed on Monday, August 3rd, 2020.

by: /s/ MG
Martin S. Gottesfeld
3 of 4
8 of 9

Attachment A

— 4 of 4 —

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

USPS TRACKING #
9114 9023 0722 4792 9874 68

⇔12982-104⇔
U S Dist Court
Office of the Clerk
333 Constitution AVE NW
Washington, DC 20001-2866
United States

2020-07-02
D.D.C. Motion for Ext.
Motion for Order re hearing
attendance
Notice of Filing of Blocked
Correspondence

Thursday, July 2nd, 2020; Houston v. Lack, 487 U.S. 266 (1988)

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Thursday, July 2nd, 2020; Houston v. Lack, 487 U.S. 266 (1988)
⇔12982-104⇔
United Sta Attorneys Office
555 4TH ST NW
Washington, DC 20535
United States

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Thursday, July 2nd, 2020; Houston v. Lack, 487 U.S. 266 (1988)
⇔12982-104⇔
Benjamin Brown
155 Ferris AVE
Apt 9A
White Plains, NY 10603
United States

— 9 of 9 —