UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| BENJAMIN BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-2795 (RBW) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On August 10, 2020, the proposed intervenor, Martin S. Gottesfeld, filed his fourth motion for an extension of time to file a reply in support of his motion to intervene, see Motion for an Extension of Time (Aug. 10, 2020), ECF No. 34, which the Court granted, see Order at 1 (Aug. 18, 2020), ECF No. 35.  However, the Court noted that it "will not grant any additional requests by the proposed intervenor to extend this deadline."  Id.  Thereafter, Gottesfeld filed another motion for an extension of time to file a reply in support of his motion to intervene.  See Motion for an Extension of Time (Aug. 18, 2020), ECF No. 36.  In light of the Court's previous warning that it would not grant any additional requests by Gottesfeld to extend his deadline to file a reply in support of his motion, it is hereby

**ORDERED** that the proposed intervenor's Motion for an Extension of Time, ECF No. 36, is **DENIED**.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail copies of this Order to the plaintiff's and the proposed intervenor's addresses on record.

**SO ORDERED** this 2nd day of September, 2020.

REGGIE B. WALTON
United States District Judge