**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————— )
                                                      )
BENJAMIN BROWN,                      )
                                                      )
                Plaintiff,                     )
                                                      )
        v.                                        )        Civil Action No. 19-2795 (RBW)
                                                      )
FEDERAL BUREAU OF PRISONS,    )
                                                      )
                Defendant.                   )
———————————————————— )

<u>**ORDER**</u>

In accordance with the oral rulings issued by the Court at the motion hearing held on

March 17, 2021, it is hereby

**ORDERED** that the proposed intervenor's Motion to Intervene, ECF No. 6, is

**DENIED**.[1]  It is further

**ORDERED** that the Defendant's Motion to Dismiss, or in the Alternative, for Summary

Judgment, ECF No. 27, is **REINSTATED**.  It is further

**ORDERED** that, on or before April 23, 2021, the plaintiff shall file his opposition to the

defendant's motion.  It is further

**ORDERED** that, on or before May 28, 2021, the defendant shall file its reply in support

of its motion.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on

September 3, 2021, at 9:30 a.m, which will serve as a target date for the resolution of the

defendant's motion.  In the event the Court is unable to resolve the motion by this date, the

_____

[1] The Court grants the proposed intervenor leave to file a motion to intervene on more limited grounds in the future should he choose to do so.

parties will be advised in advance that the status conference will be continued to a later date.  It is further

       **ORDERED** that the Clerk of the Court shall forthwith mail copies of this Order to the plaintiff's and the proposed intervenor's addresses on record.

       **SO ORDERED** this 17th day of March, 2021.

REGGIE B. WALTON
United States District Judge