UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS , )<br>)<br>Defendants. )<br>) | Civil Action No. 19-2795 (RBW) |

### ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, ECF No. 27, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**. The motion is **GRANTED** to the extent it seeks dismissal of the plaintiff's First Amendment claim. The motion is **DENIED** in all other respects. It is further

**ORDERED** that the Plaintiff's Motion for Leave to File Supplemental Complaint, ECF No. 41, is **GRANTED**. It is further

**ORDERED** that the plaintiff's Supplemental Complaint, ECF No. 41-2 is **ACCEPTED AS FILED**, and the Clerk of the Court shall file it as a separate entry on the docket. It is further

**ORDERED** that, on July 13, 2022, at 10:00 a.m., the parties shall appear before the Court for a status conference, via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

**SO ORDERED** this 22nd day of June, 2022.

REGGIE B. WALTON<br>
United States District Judge