UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------X

Benjamin Brown,
                *Plaintiff,*

–against–                                             19–cv–2795 (RBW)

Federal Bureau of Prisons,

                *Defendant.*
-----------------------------------------------------------X

## SUPPLEMENTAL COMPLAINT

1. This paper is intended to concisely supplement the First Amended Complaint in this action, ECF No. 24, with a single additional count arising under the Freedom of Information Act ("FOIA").

**CONSTRUCTIVE DENIAL OF JULY 30, 2019 FOIA REQUEST (RE-SUBMITTED ON MARCH 3, 2020)**

2. By letter dated July 30, 2019, Plaintiff requested records from Defendant pursuant to FOIA. The request is annexed hereto as "Exhibit 1."

3. On November 19, 2019, Defendant denied the request on the basis that it was not accompanied by a signed authorization from the subject of the requested records, Martin Gottesfeld, which was dated within three months of the date of the request. Defendant referred to 28 C.F.R. § 513.63, which requires that the authorization accompanying a request for records be dated within three months of the date of the request.

4. On December 20, 2019, Gottesfeld executed an updated authorization re-authorizing Plaintiff to request records concerning Gottesfeld.

1

5. On March 3, 2020, Plaintiff re-submitted the July 30, 2019 FOIA request to Defendant, this time accompanied by Gottesfeld's authorization dated December 20, 2019.

6. Plaintiff received no response to the re-submitted request for over seven months.

7. On October 23, 2020, Plaintiff placed a phone call to Defendant's FOIA public liaison by calling telephone number 202-616-7750. Plaintiff left a voicemail with the FOIA public liaison requesting the status of the July 30, 2019 FOIA request as resubmitted on March 3, 2020.

8. Plaintiff received no response to this inquiry.

9. On November 30, 2020, Plaintiff wrote to Defendant's Office of General Counsel, requesting the status of the re-submitted FOIA request.[1]

10. On December 29, 2020, Richard M. Winter, Esq., Regional Counsel for Defendant, wrote to Plaintiff. Mr. Winter's correspondence identified the re-submitted request as "Request Number: 2020-02832." Mr. Winter stated, "Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease . . . there may be some delay in the processing of your request." However, Mr. Winter's letter also stated, "At this time, we are reviewing records to determine if they are responsive to your request. We will attempt to complete your FOIA request as soon as practicable."

11. Plaintiff received no further communication from Defendant regarding the re-submitted July 30, 2019 FOIA request.

---

[1] The Office of General Counsel is the office designated by Defendant for submission of FOIA requests, and is the office to which the request had been submitted.

2

12. As of today's date, Defendant has neither granted nor denied the July 30, 2019 FOIA request (as resubmitted on March 3, 2020). Defendant has released no records in response to the request. It has been over one year since the request was re-submitted on March 3, 2020.

13. Because Defendant has neither granted nor denied the request within the time allowed by statute, Plaintiff has constructively exhausted administrative remedies.

14. Defendant's violation of FOIA in regard to the re-submitted July 30, 2019 request is ongoing.

### COUNT 1

15. Defendant has unlawfully denied Plaintiff access to the records specified in the July 30, 2019 FOIA request, Exhibit 1.

16. In the event Plaintiff becomes represented by counsel in this action, Plaintiff will be entitled to attorneys' fees pursuant to FOIA's fee-shifting provision.

### PRAYER FOR RELIEF

In addition to the relief prayed for in the First Amended Complaint, ECF No. 24, Plaintiff prays that the Court:

A. Order Defendant to search for and release the requested records;

B. In the event Plaintiff becomes represented by counsel in this action, award Plaintiff reasonable attorneys' fees pursuant to FOIA's fee-shifting provision.

DATED: April 13, 2021

RESPECTFULLY SUBMITTED,

/s/ Ben Brown

Benjamin Brown
Plaintiff Pro Se
155 Ferris Ave, Apt 9A
White Plains, New York 10603
Tel: 914-393-5037
Email: brown_home@optimum.net

3

Benjamin Brown
155 Ferris Ave, Apt 9A
White Plains, NY 10603
Tel: 914-393-5037

March 3, 2020

Federal Bureau of Prisons
Office of General Counsel, Rm 924
FOIA/PA Section
320 First St NW
Washington, DC  20534

Re:   **Re-submission of FOIA Request No.  2019-06343**

Dear Sir or Madam:

I am writing in reference to a FOIA request that I previously submitted to your office. The original request was dated July 30, 2019 and designated Request No. 2019-06343.

I received a letter from Mr. Treadway of the North Central Regional Office, dated November 19, 2019, advising me the request could not be processed as the authorization from the subject of the requested records was out-of-date.

I have now obtained an updated authorization from Martin Gottesfeld, the inmate who is the subject of the requested records. I enclose Mr. Gottesfeld's authorization dated December 20, 2019.

As I now have an up-to-date authorization from Mr. Gottesfeld, I am respectfully requesting that you resume processing of the request. I enclose the original request for your reference.

Sincerely,

Benjamin Brown

Enclosures (2)

**U.S Department of Justice**  EXHIBIT 1  **Certification of Identity**



FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  **Martin S. Gottesfeld**

Citizenship Status [2] **U.S. Citizen**         Social Security Number [3] **[Previously Provided]**

Current Address **In custody of Federal Bureau of Prisons at FCI Terre Haute**

Date of Birth ▓▓▓▓ **1984**         Place of Birth **Lawrence, MA**

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Benjamin Brown**

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _[signed]_      Date **2019-12-20 (Fri.)**

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

Benjamin Brown
155 Ferris Ave, Apt 9A
White Plains, NY  10603
Tel: 914-393-5037

July 30, 2019

Federal Bureau of Prisons
Office of General Counsel, Rm 924
FOIA/PA Section
320 First St NW
Washington, DC  20534

Received
AUG 06 2019
FOIA/PA Section
Federal Bureau of Prisons

Re:  **Request for Records Pursuant to FOIA re: Inmate Martin Gottesfeld**

Dear Sir or Madam:

I write respectfully to request additional records concerning Martin Gottesfeld (Register No. 12982-104), a person in the custody of the Federal Bureau of Prisons, pursuant to the Freedom of Information Act ("FOIA"). The nature of my interest is that I am relative of Mr. Gottesfeld who is concerned about his health and welfare.

Please note, this FOIA request is in addition to my previous two FOIA requests to the Bureau of Prisons. Thus far, the Bureau of Prisons has neither granted nor denied those previous requests, and my understanding is that it is processing them.

Please note, I enclose Form DOJ-361 reflecting that Mr. Gottesfeld has granted me permission to access records concerning him.

I respectfully request copies of the following records:

- Any and all records showing whether Mr. Gottesfeld's ability to send letters to members of the community has been restricted or is currently being restricted by the Bureau of Prisons or by any other person or entity.

- Any and all records showing whether Mr. Gottesfeld's ability to receive letters from members of the community has been restricted or is currently being restricted by the Bureau of Prisons or by any other person or entity.

- Any and all records showing whether Mr. Gottesfeld's sent or received mail has been or is currently being delayed.

- Any and all policies that apply to the handling of mail sent or received by inmates in the Communications Management Unit at Federal Correctional Institution, Terre Haute.[1]

- Any and all records showing whether Mr. Gottesfeld's ability to make telephone calls to members of the community has been restricted or is currently being restricted by the Bureau of Prisons or by any other person or entity.

I appreciate your attention to this request. The information I have requested is important to me. If it would be helpful for me to clarify, explain, or narrow this request please do not hesitate to contact me.

Very sincerely yours,

Benjamin Brown

*Enclosure*

Received

AUG 06 2019

FOIA/PA Section
Federal Bureau of Prisons

---

[1] It is not necessary to furnish me with a copy of the June 27, 2017 FCI-Terre Haute, Indiana Admissions & Orientation Handbook, because I already have that document.

Page 2 of 2

# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------X
Benjamin Brown,
               *Plaintiff,*

–against–                                                No. 19-cv-02795 (RBW)

Federal Bureau of Prisons,
               *Defendant.*
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned pro se plaintiff, Benjamin Brown, declares as follows:

1. On April 14, 2021, I served true and correct copies of my Motion for Leave to File Supplemental Complaint, including the two exhibits annexed thereto, upon Patricia K. McBride, Esq., counsel for Defendant, and upon Martin S. Gottesfeld, addressed as follows:

      Patricia K. McBride, Esq.
      Assistant United States Attorney
      Civil Division
      555 4th St, NW, Rm E-4808
      Washington, DC 20530

      Martin S. Gottesfeld
      Reg. No.: 12982-104
      Federal Correctional Institution
      P.O. Box 33
      Terre Haute, IN 47808

2. In each case, service was made by depositing a true and correct copy, in a first-class postpaid wrapper addressed as indicated above, in an official mail depositary under the exclusive custody and control of the U.S. Postal Service located within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: APRIL 14, 2021          _/s/ Ben Brown_
                                          Benjamin Brown, Plaintiff Pro Se
                                          155 Ferris Ave, Apt 9A
                                          White Plains, NY 10603
                                          Tel: (914) 393-5037
                                          Email: brown_home@optimum.net



USPS Priority Mail Express Flat Rate Envelope

FROM:
Benjamin Brown
155 Ferris Ave, Apt 9A
White Plains, NY 10603

TO:
Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

PO ZIP Code: 10601
Scheduled Delivery Date: 4-15-21
Date Accepted: 4/14/21
Time Accepted: 10:57 PM
Weight: 4.5 oz
Postage: $26.35
Total Postage & Fees: $26.35

EJ 747 820 719 US

$26.35
10601
APR 14 21
R2304E106434-03






This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

Benjamin Brown
155 Ferris Ave, Apt 9A
White Plains, NY   10603
Tel: (914) 393-5037
Email:  brown_home@optimum.net

April 14, 2021

Clerk's Office
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave NW
Washington, DC   20001

Re: <u>Brown v. Federal Bureau of Prisons</u>, Case No. 1:19-cv-02795

To the Clerk of the Court:

    I am the <u>pro se</u> Plaintiff in the above-titled action.

    Kindly accept, for filing, the following enclosed documents:

- <u>Motion for Leave to File Supplemental Complaint</u>, with Exhibits 1 and 2;
- <u>Certificate of Service</u> dated April 14, 2021.

    Thank you for your time and consideration.

Sincerely,

Benjamin Brown

