UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2795 (RBW) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# ORDER

Upon consideration of the parties' Joint Status Report, ECF No. 57, and for good cause shown, it is hereby

**ORDERED** that, on or before November 3, 2023, the plaintiff shall file his motion for summary judgment.  It is further

**ORDERED** that, on or before December 21, 2023, the defendant shall file its combined opposition to the plaintiff's motion for summary judgment and cross-motion for summary judgment.  It is further

**ORDERED** that, on or before January 11, 2024, the plaintiff shall file his combined opposition to the defendant's cross-motion for summary judgment and a reply in support of his motion for summary judgment.  It is further

**ORDERED** that, or before January 18, 2024, the defendant shall file its reply in support of its cross-motion for summary judgment.  It is further

**ORDERED** that, on April 18, 2024, at 9:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the

Court's access code (8583213) followed by the pound key (#).  This status conference will serve as a target date for the resolution of the parties' summary judgment motions.[1]  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

**SO ORDERED** this 22nd day of September, 2023.

REGGIE B. WALTON<br>
United States District Judge

---

[1] In the event that the Court is unable to resolve the motions by this date, the parties will be advised in advance that the status conference will be continued to a later date.